## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:20-cv-00169-MN |
| v. | ) ) | |
| TERRAGO TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

## **STIPULATION AND NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rothschild Digital Confirmation, LLC ("Plaintiff") and Terrago Technologies, Inc. ("Defendant") stipulate and notice the dismissal of all claims by Plaintiff against Defendant in this action with prejudice, and the dismissal of all claims by Defendant against Plaintiff in this action without prejudice.  There is no requirement for a court order.

Dated:  March 23, 2020

By:  */s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

**Attorney for Plaintiff Rothschild Digital
Confirmation, LLC**

By: */s/ Jeremy Douglas Anderson*
Jeremy Douglas Anderson
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
302-778-8452
Fax: 302-652-5070
Email: janderson@fr.com

**Attorney for Defendant Terrago
Technologies, Inc.**